IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SAMUEL ROBINSON                                                    PLAINTIFF

v.                          Civil No. 09-2051

CRAWFORD COUNTY JAIL                                               DEFENDANT

### ORDER

Samuel Robinson submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the $350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this 1 day of May 2009.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 1 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)