```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

SAMUEL ROBINSON                                          PLAINTIFF

    V.                    Civil No. 09-2051

CRAWFORD COUNTY JAIL                                     DEFENDANT

### O R D E R

On this 9th day of September 2009, there comes on for consideration the report and recommendation filed in this case on August 10, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 6). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to keep the court informed of his current address. *See* Local Rule 5.5(c)(2) for the Eastern and Western Districts of Arkansas; Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge